JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNAH HO, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GRAVITY MEDIA, a corporation, form unknown; and DOES 1 to 50, inclusive,<br><br>　　　　Defendant | CASE NO.: 2:14-cv-05312<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ENTIRETY OF ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41 (a) [15]** |

After considering the stipulation of dismissal of claims with prejudice, the entire action is hereby DISMISSED with prejudice.  The Court retains jurisdiction to enforce the terms of the stipulation and settlement between Gravity Media, LLC and Jeannah Ho.

The Order to Show Cause [Doc. # 13] is discharged.  The Scheduling Conference on September 12, 2014 is hereby VACATED.

**IT IS SO ORDERED.**

DATED:  September 8, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE